[No. 37708-6-I.    Division One.    March 24, 1997.]

COLONIAL INSURANCE COMPANY OF CALIFORNIA, *Respondent*, v. BRAD SISSON, ET AL., *Defendants*, MARIA FELECIA VALADEZ, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Skagit County, No. 94-2-00150-0, George E. McIntosh, J., entered October 27, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 37848-1-I.    Division One.    March 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. EARL ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-04610-6, Patricia H. Aitken, J., entered December 19, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 37948-8-I.    Division One.    March 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DARL M. ROSCOE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-05342-1, William L. Downing, J., entered January 5, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 37976-3-I.    Division One.    March 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN R. LOMACK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-06106-7, Steven G. Scott, J., entered January 25, 1996. *Affirmed* by unpublished per curiam opinion.